**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed January 18, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-24-00025-CR**

---

**IN RE LAUD RICHARD NELSON, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**337th District Court**
**Harris County, Texas**
**Trial Court Cause No. 769937**

---

## MEMORANDUM OPINION

On January 12, 2024, Laud Richard Nelson, acting pro se, filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel Marilyn Burgess,

Clerk of Court of Harris County, to perform a "ministerial duty" by forwarding records essential to his case.

This court's power to issue writs is defined in section 22.221 of the Texas Government Code. Section 22.221 grants the court of appeals the authority to issue (1) writs of mandamus and other writs necessary to enforce their jurisdiction; (2) writs of mandamus against a judge of a district or county court in the court of appeals district; and (3) writs of habeas corpus under specifically defined circumstances involving contempt orders in civil cases. *See* Tex. Gov't Code § 22.221. We are not authorized to issue writs of mandamus against clerks of court, and Nelson has not claimed or shown that the relief requested is necessary to enforce the jurisdiction of our court. *See In re Bunton*, No. 14-07-00651-CV, 2007 WL 2301413, at *1 (Tex. App.—Houston [14th Dist.] Aug. 14, 2007, orig. proceeding) (mem. op.) (per curiam). This proceeding is, therefore, dismissed for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Hassan, Poissant, and Wilson.
Do Not Publish — Tex. R. App. P. 47.2(b).